```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


Paula Karas,                      )
      Plaintiff,                  )       CIVIL ACTION NO.
                                  )       11-40161-FDS
         v.                       )
                                  )
Town of Holliston,                )
      Defendant,                  )
```

ORDER FOR DISMISSAL

SAYLOR, D.J.

In accordance with the Memorandum and Order dated November 4, 2011, it is hereby Ordered that the above captioned matter is DISMISSED in its entirety.

By the Court,

/s/ Martin Castles
Deputy Clerk

Dated: November 4, 2011